UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDA DAVIS,

      Plaintiff,                                 Case No. 11-10803

v.                                          Paul D. Borman
                                              United States District Judge

                                              Michael Hluchaniuk
                                              United States Magistrate Judge

ARTIS LEON IVY, JR.,

      Defendant.

_____/

## ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON AN EVIDENTIARY HEARING REGARDING DAMAGES

    Before the Court is Magistrate Judge Michael Hluchaniuk's Report and Recommendation on an evidentiary hearing for damages.  (Dkt. No. 52).  This evidentiary hearing was held on July 24, 2013, following this Court's entry of a default judgment against Defendant Artis Leon Ivy, Jr. (known by his stage name "Coolio").  (*See* Dkt. No. 48).

    Having reviewed that Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court:

    (1) **ADOPTS** the Magistrate Judge's Report and Recommendation; and

    (2) **AWARDS** Plaintiff actual damages in the amount of $4,961.19 for past medical expenses; and

(3) **AWARDS** Plaintiff compensatory damages in the amount of $100,000.00 for bodily injury, pain and suffering, loss of enjoyment of life, mental anguish, embarrassment and humiliation.

**IT IS SO ORDERED.**

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  October 31, 2013

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 31, 2013.

s/Deborah Tofil
Case Manager